# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 1:24-CV-23359-XXXX

**Plaintiff:** UNITED INVESTOR COMMUNITY, INC.,
LYADUNNI UDUGBA
OLUNGBENGA BERNARD ADESUYI
(Individually and on behalf of all others similarly situated).

vs.

**Defendant:** OMEGAPRO FOREX TRADING, LTD, GO-GLOBAL, LTD, HIS HIGHNESS SHEIKH HAMDAN JURY TRIAL DEMANDED ,BIN MOHAMMED BIN RASHID,AL MAKTOUM (CROWN PRINCE,OF DUBAI),UNITED ARAB EMIRATE,CITY OF DUBAI, BROKER GROUP, LTD, PULSE WORLD, SZAKACS ANDREAS ATTILA, NEVZAT DIKMEN, RIITTA DIKMEN
DILAWARJIT SINGH, NADER POORDELJOO
PAULO TUYNMAN, JUAN CARLOS REYNOSO SR., MICHAEL SHANNON SIMS
OMEGA WORLD, LTD, NEPTUNE TRADE, LTD, OMP MONEY, LTD, OMP EXCHANGE
MELDI CHERIF, MICHAEL LETYNSKI, ROBERT VELGHE, AT AL.,

For:
MORRIS LEGAL LLC
2800 BISCAYNE BLVD.
SUITE 530
MIAMI, FL 33130

Received by Lightning Legal Couriers on the 10th day of September, 2024 at 4:28 pm to be served on **JUAN CARLOS REYNOSO, SR., 1556 71 STREET, MIAMI BEACH, FL 33141**.

I, DAMIAN A. LOPEZ, do hereby affirm that on the **11th day of September, 2024** at **11:13 am**, I:

**SUBSTITUTE - RESIDENTIAL** served by delivering a true copy of the **SUMMONS AND CLASS ACTION COMPLAINT FORFRAUD, RACKETEERING, CIVIL CONSPIRACY, BREACH OF CONTRACT, AIDING AND ABETTING FRAUD.** with the date and hour of service endorsed thereon by me, to: **JUAN CARLOS REYNOSO, JR.** as **CO-RESIDENT** at the address of: **1556 71 STREET, MIAMI BEACH, FL 33141**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, pursuant to F.S. 48.031(1)(a).

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

DAMIAN A. LOPEZ
CPS#10084

Lightning Legal Couriers
9280 SW 64 Street
Miami, FL 33173
(786) 286-4167

Our Job Serial Number: LTN-2024006508

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a