# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 1:24-CV-23359-XXXX

Plaintiff: UNITED INVESTOR COMMUNITY, INC.,
LYADUNNI UDUGBA
OLUNGBENGA BERNARD ADESUYI
(Individually and on behalf of all others
similarly situated).

vs.

Defendant: OMEGAPRO FOREX TRADING, LTD, GO-GLOBAL, LTD, HIS
HIGHNESS SHEIKH HAMDAN JURY TRIAL DEMANDED ,BIN MOHAMMED
BIN RASHID,AL MAKTOUM (CROWN PRINCE,OF DUBAI),UNITED ARAB
EMIRATE,CITY OF DUBAI, BROKER GROUP, LTD, PULSE WORLD,
SZAKACS ANDREAS ATTILA, NEVZAT DIKMEN, RIITTA DIKMEN
DILAWARJIT SINGH, NADER POORDELJOO
PAULO TUYNMAN, JUAN CARLOS REYNOSO SR., MICHAEL SHANNON
SIMS
OMEGA WORLD, LTD, NEPTUNE TRADE, LTD, OMP MONEY, LTD, OMP
EXCHANGE
MELDI CHERIF, MICHAEL LETYNSKI, ROBERT VELGHE, AT AL.,

For:
MORRIS LEGAL LLC
2800 BISCAYNE BLVD.
SUITE 530
MIAMI, FL 33130

Received by Lightning Legal Couriers on the 10th day of September, 2024 at 4:28 pm to be served on ALGO CAPITAL LLC, 12301 NW 112 AVE, SUITE 109, MEDLEY, FL 33178.

I, Ivan Lopez, do hereby affirm that on the **11th day of September, 2024 at 4:49 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS AND CLASS ACTION COMPLAINT FORFRAUD, RACKETEERING, CIVIL CONSPIRACY, BREACH OF CONTRACT, AIDING AND ABETTING FRAUD.** with the date and hour of service endorsed thereon by me, to: JANE DOE ( REFUSED TO GIVE NAME ) AS CO-RESIDENT OF ROBERT D. COLLAZO JR as PRESIDENT for ALGO CAPITAL LLC, at the address of: **16405 LOCH DOON RD, MIAMI LAKES, FL 33014**, and informed said person of the contents therein, in compliance with state statutes.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

Ivan Lopez
CPS#2309

Lightning Legal Couriers
9280 SW 64 Street
Miami, FL 33173
(786) 286-4167

Our Job Serial Number: LTN-2024006506

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a