## RETURN OF SERVICE
### UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 1:24-CV-23359-XXXX

Plaintiff: UNITED INVESTOR COMMUNITY, INC.,
LYADUNNI UDUGBA
OLUNGBENGA BERNARD ADESUYI
(Individually and on behalf of all others
similarly situated).
vs.
Defendant: OMEGAPRO FOREX TRADING, LTD, GO-GLOBAL, LTD, HIS
HIGHNESS SHEIKH HAMDAN JURY TRIAL DEMANDED ,BIN
MOHAMMED BIN RASHID,AL MAKTOUM (CROWN PRINCE,OF
DUBAI),UNITED ARAB EMIRATE,CITY OF DUBAI, BROKER GROUP,
LTD, PULSE WORLD, SZAKACS ANDREAS ATTILA, NEVZAT DIKMEN,
RIITTA DIKMEN
DILAWARJIT SINGH, NADER POORDELJOO
PAULO TUYNMAN, JUAN CARLOS REYNOSO SR., MICHAEL
SHANNON SIMS
OMEGA WORLD, LTD, NEPTUNE TRADE, LTD, OMP MONEY, LTD, OMP
EXCHANGE
MELDI CHERIF, MICHAEL LETYNSKI, ROBERT VELGHE, AT AL.,

For:
MORRIS LEGAL LLC
2800 BISCAYNE BLVD.
SUITE 530
MIAMI, FL 33130

Received by Lightning Legal Couriers on the 10th day of September, 2024 at 4:28 pm to be served on
MARINA WORRE, 460 ST. MORITZ DRIVE, HENDERSON, NV 89012

I, RICHARD ETIENNE, do hereby affirm that on the 14th day of September, 2024 at 1:55 am, I:

SUBSTITUTE - RESIDENTIAL served by delivering a true copy of the SUMMONS AND CLASS ACTION
COMPLAINT FORFRAUD, RACKETEERING, CIVIL CONSPIRACY, BREACH OF CONTRACT, AIDING
AND ABETTING FRAUD. with the date and hour of service endorsed thereon by me, to: ERIC WORRE
as CO-RESIDENT at the address of: 460 ST. MORITZ DRIVE, HENDERSON, NV 89012, the within
named person's usual place of Abode, who resides therein, who is fifteen (15) years of age or older and
informed said person of the contents therein, pursuant to F.S. 48.031(1)(a).

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true.
I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process
Server, in good standing, in the judicial circuit in which the process was served. NO NOTARY REQUIRED
PURSUANT TO F.S. 92.525(2)

RICHARD ETIENNE
Process Server #1506

Lightning Legal Couriers
9280 SW 64 Street
Miami, FL 33173
(786) 286-4167

Our Job Serial Number: LTN-2024006514