## RETURN OF SERVICE
### UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 1:24-CV-23359-XXXX

**Plaintiff:** UNITED INVESTOR COMMUNITY, INC.,
LYADUNNI UDUGBA
OLUNGBENGA BERNARD ADESUYI
(Individually and on behalf of all others
similarly situated).

vs.

**Defendant:** OMEGAPRO FOREX TRADING, LTD, GO-GLOBAL, LTD, HIS HIGHNESS SHEIKH HAMDAN JURY TRIAL DEMANDED ,BIN MOHAMMED BIN RASHID,AL MAKTOUM (CROWN PRINCE,OF DUBAI),UNITED ARAB EMIRATE,CITY OF DUBAI, BROKER GROUP, LTD, PULSE WORLD, SZAKACS ANDREAS ATTILA, NEVZAT DIKMEN, RIITTA DIKMEN
DILAWARJIT SINGH, NADER POORDELJOO
PAULO TUYNMAN, JUAN CARLOS REYNOSO SR., MICHAEL SHANNON SIMS
OMEGA WORLD, LTD, NEPTUNE TRADE, LTD, OMP MONEY, LTD, OMP EXCHANGE
MELDI CHERIF, MICHAEL LETYNSKI, ROBERT VELGHE, AT AL.,

For:
MORRIS LEGAL LLC
2800 BISCAYNE BLVD.
SUITE 530
MIAMI, FL 33130

Received by Lightning Legal Couriers on the 10th day of September, 2024 at 4:28 pm to be served on **ERIC WORRE, 460 ST. MORITZ DRIVE, HENDERSON, NV 89012.**

I, RICHARD ETIENNE, do hereby affirm that on the **14th day of September, 2024 at 1:55 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS AND CLASS ACTION COMPLAINT FORFRAUD, RACKETEERING, CIVIL CONSPIRACY, BREACH OF CONTRACT, AIDING AND ABETTING FRAUD.** with the date and hour of service endorsed thereon by me, to: **ERIC WORRE** at the address of: **460 ST. MORITZ DRIVE, HENDERSON, NV 89012,** and informed said person of the contents therein, in compliance with state statutes.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

**RICHARD ETIENNE**
Process Server #1506

**Lightning Legal Couriers**
9280 SW 64 Street
Miami, FL 33173
(786) 286-4167

Our Job Serial Number: LTN-2024006511