**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:24-cv-23359-KMW**

UNITED INVESTOR COMMUNITY,
INC., et al.

      Plaintiff,

vs.

OMEGAPRO FOREX TRADING, LTD.,
et al.,

      Defendant.

_____/

**DEFENDANT'S AGREED MOTION FOR EXTENSION**
**OF TIME TO RESPOND TO COMPLAINT**

Defendant, Juan Carlos Reynoso, Sr., by and through his undersigned counsel, hereby moves for an extension of time to respond to the Complaint filed by Plaintiffs, United Investor Community, et al., and states as follows:

1.     On August 31, 2024, Plaintiffs filed their Complaint [E.C.F. 1] and the Defendant was served on September 11, 2024, and a response is due October 2, 2024.

2.     Prior to the filing of this motion, undersigned counsel for Defendant communicated with Plaintiffs' counsel by telephone on October 1, 2024, requesting a 30-day extension of time to respond to the Complaint, and confirmation via email served on October 1, 2024.

3.     Defendant recently retained the undersigned Firm and, due to the complexity of the claims and the amount of facts alleged in the Complaint, Defendant seeks an additional 30 days to file a response.

4.     This request is made in good faith and without prejudice to the Plaintiffs and not for the purpose of delay.

5.     In accordance with S.D.Fla.L.R. 7.1, Defendant's counsel conferred with Plaintiffs' counsel, J. Wil Morris, Esq., by telephone conference and email communications on October 1, 2024, who agrees to the relief requested herein.

**WHEREFORE**, Defendant, Juan Carlos Reynoso, Sr., respectfully requests entry of an Order extending the time for Defendant to file its Response to the Complaint up to and including October 31, 2024, and for such other relief this Court deems just and proper.

Respectfully submitted,

/s/ George S. Savage
George S. Savage, Esq.
Florida Bar No. 051772
**THE SAVAGE LAW GROUP, P.A.**
2030 South Douglas Road, Suite 214
Coral Gables, Florida 33134
Telephone: (305) 577-0000
E-Service: gss@savagelaw.net

*Counsel for Defendant Juan Carlos Reynoso, Sr.*