**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 1:24-cv-23359**

UNITED INVESTOR COMMUNITY, INC.,
et al,

     *Plaintiffs*,

v.

JORDAN ROSS BELFORT, et al.,

     *Defendants*.

_____/

## DEFENDANT JORDAN ROSS BELFORT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant, Jordan Ross Belfort ("Belfort"), pursuant to Southern District of Florida Local Rule 7.1(a)(1), hereby files his Unopposed Motion for Extension of Time to Respond to the Complaint filed by United Investor Community, Inc., Lyadunni Udugba, and Olungbenga Bernard Adesuyi (collectively, "Plaintiffs"), and in support thereof states as follows:

1.     On or about August 31, 2024, Plaintiff commenced this action by filing its Complaint [DE 1] alleging the following causes of action against Belfort: (1) Conduct or Participation in a Rico Enterprise through a pattern of racketeering activity Under 18 U.S.C. §§1961(5), 1964(c); (2) Acquisition and maintenance of an interest in and control of an enterprise engaged in a pattern of racketeering activity under §§1961(5), 1964(B); (3) Use of income derived from a pattern of racketeering activity in the operation of an enterprise engaged in activities which affect interstate or foreign commerce under 18 U.S.C. §§1961(5), 1964(A); (4) Conspiracy to Engage in a Pattern of Racketeering Activity under 18 U.S.C. §§1961(5); 1964(D); (5) Breach of Contract; Breach of Implied covenant of Good Faith and Fair Dealing; (7) Unjust Enrichment; (8) Conversion, theft, and embezzlement; (9) Common Law Fraud; (10) Intentional Misrepresentation; (11) Civil Conspiracy; (12) Use of income derived from a pattern of

racketeering activity in the operation of an enterprise under Florida Racketeering Act; (13) Conduct or participation in an enterprise through a pattern of racketeering activity under Florida Racketeering Act; (14) Acquisition and maintenance of an interest in or control over any enterprise under Florida Racketeering Act; (15) Conspiracy to violate the provisions of Florida Racketeering Act; (16) Intentional Infliction of Emotional Distress; (17) Negligent infliction of emotional distress; (18) Exemplary Punitive Damages; (19) Statutory claim for fraudulent conveyance; (20) Violation of Florida General Business Law; (21) Commodities Fraud Florida General Business Law; (22) Failure to Register Florida General Business Law; (23) Injunctive Relief; (24) Accounting and Insurance; and (25) Aiding and Abetting Fraud.

2.      On or about September 11, 2024, Plaintiff served Belfort. *See* DE 34.

3.      Undersigned counsel was just retained to represent Belfort requires additional time to fully review the allegations of the Complaint and properly investigate these allegations in order to prepare a comprehensive and accurate response to the same.

4.      Accordingly, Defendants respectfully request an extension of time, up to and including October 16, 2024, to respond to Plaintiffs' Complaint.

5.      This request for extension of time is not sought for purposes of delay and will not prejudice any party.

**WHEREFORE**, Defendant, Jordan Ross Belfort respectfully requests that this Honorable Court enter an Order granting an extension of time, through and including October 16, 2024, to respond to Plaintiff's Complaint, and for such other and further relief that the Court deems just and proper.

137450971.2

## CERTIFICATE OF GOOD FAITH CONFERAL

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for movant has conferred with counsel for Plaintiffs in a good faith effort to resolve the issues raised in this motion, and counsel for Plaintiffs have indicated that he does not object to the relief sought herein.

/s/ Lee Stapleton
Lee Stapleton (FBN 356778)
lstapleton@carltonfields.com
CARLTON FIELDS, P.A.
700 NW 1st Avenue, Ste. 1200
Miami, FL 33136
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
*Attorneys for Defendant Jordan Ross Belfort*

137450971.2