**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 1:24-cv-23359

UNITED INVESTOR COMMUNITY, INC.,
et al,

    *Plaintiffs*,

v.

JORDAN ROSS BELFORT, et al.,

    *Defendants*.

_____/

**ORDER GRANTING DEFENDANT JORDAN ROSS BELFORT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

THIS CAUSE having come before the Court upon Defendant Jordan Ross Belfort's Unopposed Motion for Extension of Time to Respond to Complaint dated October 2, 2024 [ECF No. 43 (the "Motion"), and the Court having reviewed the Motion, having been advised of the agreement of counsel and being otherwise duly advised, it is hereby:

**ORDERED AND ADJUDGED**:

1. The Motion is **GRANTED**: and

2. Defendant Jordan Ross Belfort shall have an extension of time, through and including October 16, 2024, to respond to Plaintiff's Complaint.

**DONE AND ORDERED** in the Southern District of Florida on October ___, 2024.

 

                                                                     _____
                                                                     **KATHLEEN M. WILLIAMS**
                                                                     **UNITED STATES DISTRICT JUDGE**

137463687.1