# Exhibit A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA (MIAMI)
### Civil Case No. 1:24-cv-23359-KMW

UNITED INVESTOR COMMUNITY, INC.
LYADUNNI UDUGBA
OLUNGBENGA BERNARD ADESUYI,

    Plaintiffs,

v.

OMEGAPRO FOREX TRADING, LTD
GO-GLOBAL, LTD
HIS HIGHNESS SHEIKH HAMDAN
BIN MOHAMMED BIN RASHID
AL MAKTOUM (CROWN PRINCE
OF DUBAI)
UNITED ARAB EMIRATE
CITY OF DUBAI
BROKER GROUP, LTD
PULSE WORLD
SZAKACS ANDREAS ATTILA
NEVZAT DIKMEN
RIITTA DIKMEN
DILAWARJIT SINGH
NADER POORDELJOO
PAULO TUYNMAN
JUAN CARLOS REYNOSO SR.
MICHAEL SHANNON SIMS
OMEGA WORLD, LTD
NEPTUNE TRADE, LTD
OMP MONEY, LTD
OMP EXCHANGE
MELDI CHERIF
MICHAEL LETYNSKI
ROBERT VELGHE
KONSTANTIN IGNATOV
BOGDAN S. BARBU
ZXN INVESTMENT HOLDING, LTD
STEPHANE PLANTE
NICK LEMAY
JOHN BELFORT
ERIC THOMAS

JOHN C. MAXWELL
CHRISTOPHER HAMILTON
ONE COIN
RUJA IGNATOVA
PAULO TUYMAN
OMNIA TECH
RODRIGUES SODANSOU
LAURENT LOUIS
ALI KHALIL
ERIC WORRE
MARINA WORRE
JORDAN ROSS BELFORT
STEVEN SEAGAL
TRADERS DOMAIN FOREX, LTD
MARCUS TODD BRISCO
ALGO CAPITAL, LLC
YAS CASTELLUM, LLC
YAS CASTELLUM FINANCIAL, LLC
TIN QUOC TRAN
FRANCISCO DAVID STORY
SAEG CAPITAL MANAGEMENT
FREDERICK "TED" SAFRANKO AKA
TEDDY JOSEPH SAFRANKO
ROBERT D. COLLAZO JR.
JUAN HERMAN
JORGE SALCEDO
ROBERT COLLAZO JR.,
JUAN HERMAN
JULIO CESAR CRUZ
JULIAN CRUZ
HOLTON BUGGS
JOHN DOE 1 TO 1,000

     Defendants.
_____/

## DEFENDANT FRANCISCO STORY'S DECLARATION IN SUPPORT OF MOTION TO DISMISS COMPLAINT

     I, Francisco Story, state and declare under penalty of perjury that the foregoing is true and correct and state as follows:

     1.    I am over the age of 18, am competent to testify, and have personal knowledge of the matters testified to herein.

2. I am currently a resident of the State of California.

3. At all times relevant to the activities described in the Complaint I was a resident of the State of Utah.

4. I understand that the Southern District of Florida includes the following counties: Monroe, Miami-Dade, Broward, Palm Beach, Martin, Okeechobee, St. Lucie, Indian River, and Highlands.

5. I have never resided in the Southern District of Florida.

6. I have never been employed in the Southern District of Florida.

7. I have never owned any property in the Southern District of Florida.

8. I have never had an office or any other type of workspace in the Southern District of Florida.

9. I do not transact any business or engage in any other affairs in the Southern District of Florida.

10. I do not have any agents who conduct business or engage in any other affairs on my behalf in the Southern District of Florida.

11. I do not have any continuous or systematic affiliation with the Southern District of Florida.

12. I do not have any connection, contacts, or significant relationship with the Southern District of Florida.

Dated this 24th day of October, 2024.

                                                       /s/ Francisco Story
                                                       **Francisco Story**
                                                       (signed electronically on October 24, 2024)