# Exhibit B

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA (MIAMI)

Civil Case No. 1:24-cv-23359-KMW

UNITED INVESTOR COMMUNITY, INC.
LYADUNNI UDUGBA
OLUNGBENGA BERNARD ADESUYI,

    Plaintiffs,

v.

OMEGAPRO FOREX TRADING, LTD
GO-GLOBAL, LTD
HIS HIGHNESS SHEIKH HAMDAN
BIN MOHAMMED BIN RASHID
AL MAKTOUM (CROWN PRINCE
OF DUBAI)
UNITED ARAB EMIRATE
CITY OF DUBAI
BROKER GROUP, LTD
PULSE WORLD
SZAKACS ANDREAS ATTILA
NEVZAT DIKMEN
RIITTA DIKMEN
DILAWARJIT SINGH
NADER POORDELJOO
PAULO TUYNMAN
JUAN CARLOS REYNOSO SR.
MICHAEL SHANNON SIMS
OMEGA WORLD, LTD
NEPTUNE TRADE, LTD
OMP MONEY, LTD
OMP EXCHANGE
MELDI CHERIF
MICHAEL LETYNSKI
ROBERT VELGHE
KONSTANTIN IGNATOV
BOGDAN S. BARBU
ZXN INVESTMENT HOLDING, LTD
STEPHANE PLANTE
NICK LEMAY
JOHN BELFORT
ERIC THOMAS

JOHN C. MAXWELL
CHRISTOPHER HAMILTON
ONE COIN
RUJA IGNATOVA
PAULO TUYMAN
OMNIA TECH
RODRIGUES SODANSOU
LAURENT LOUIS
ALI KHALIL
ERIC WORRE
MARINA WORRE
JORDAN ROSS BELFORT
STEVEN SEAGAL
TRADERS DOMAIN FOREX, LTD
MARCUS TODD BRISCO
ALGO CAPITAL, LLC
YAS CASTELLUM, LLC
YAS CASTELLUM FINANCIAL, LLC
TIN QUOC TRAN
FRANCISCO DAVID STORY
SAEG CAPITAL MANAGEMENT
FREDERICK "TED" SAFRANKO AKA
TEDDY JOSEPH SAFRANKO
ROBERT D. COLLAZO JR.
JUAN HERMAN
JORGE SALCEDO
ROBERT COLLAZO JR.,
JUAN HERMAN
JULIO CESAR CRUZ
JULIAN CRUZ
HOLTON BUGGS
JOHN DOE 1 TO 1,000

    Defendants.
_____/

## ORDER GRANTING DEFENDANT FRANCISCO STORY'S MOTION TO DISMISS COMPLAINT

THIS CAUSE having come before the Court upon Defendant Francisco Story's Motion to Dismiss Complaint dated, October 24, 2024, (the "Motion"), and the Court having considered the Motion and all other relevant factors, and good cause appearing, it is hereby:

2

ORDERED AND ADJUDGED:

1. The Motion is GRANTED.

DONE and ORDERED in the Southern District of Florida, on this ____ day of _____, 2024.

**Kathleen M. Williams**
**UNITED STATES DISTRICT JUDGE**