# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

_____

| | |
|---|---|
| UNITED INVESTOR COMMUNITY, INC., et al., | Case No.: 24-23359-Civ-Williams |
| Plaintiff, | **Hon. Judge Kathleen M Williams** |
| -against- | |
| OMEGAPRO FOREX TRADING, LTD, et. al., | |
| Defendants. | |

_____

**PLAINTIFFS' MOTION TO CONTINUE THE HEARING SET FOR JANUARY 14, 2025 DUE TO PLAINTIFFS' COUNSEL BEING OUT OF THE COUNTRY**

Plaintiffs United Investor Community, Inc., Lyadunni Udugba, and Olungbenga Bernard Adesuyi (collectively, "Plaintiffs") hereby move to continue the hearing set for January 14, 2025 [ECF No. 99]. In support of this motion, Plaintiffs state as follows:

1. On January 8, 2025, the Court issued a paperless order (the "Order") scheduling a hearing on January 14, 2025, at 2:00 p.m. to discuss the status of service on foreign defendants. [ECF No. 99].

2. Prior to the entry of the Order, Plaintiffs' counsel departed for a pre-planned trip to Africa and is not scheduled to return until Wednesday, January 15, 2025.

3. While abroad, Plaintiffs' counsel experienced communication difficulties with his office and only became aware of the scheduling conflict after the close of business today.

4. As a result, Plaintiffs' counsel has been unable to confer with opposing counsel to obtain the L.R. 7.1 certification.

5.      However, given that the Court only directed that Plaintiffs' counsel be present to discuss Plaintiffs' service of the foreign defendants, it is not clear whether a L.R. 7.1 certification is even applicable.

6.      To the extent a Rule 7.1 certification is applicable, Plaintiffs' request the Court waive this requirement under the unique circumstances presented herein.

**WHEREFORE**, Plaintiffs respectfully request that the Court reschedule the hearing to a date after January 15, 2025, due to Plaintiffs' counsel being out of the country on a previously planned trip at the time the hearing was set.

Respectfully Submitted,

/s/ J. Wil Morris
J. Wil Morris, Esquire
Attorney for Plaintiff
2800 Biscayne Blvd, Suite 530
Miami, Florida 33137
Telephone: 305-444-3437
Fax: 305-444-3457
Email: wilm@morrislegalfla.com
Florida Bar No.: 069493

## Certificate of Service

I, Wil Morris, hereby certified that the foregoing Motion has been served to all the attorneys for the several Defendants who have appeared in this case via ECF on January 10, 2025.

/s/ J. Wil Morris