

Invoice #LTN-2024006519
12/10/2024



**Send Payments To:**
Lightning Legal Couriers
9280 SW 64 Street
Miami, FL 33173
Phone: (786) 286-4167
Tax Id#: 26-3848375

MORRIS LEGAL LLC
2800 BISCAYNE BLVD.
SUITE 530
MIAMI, FL 33130

Case Number: Southern 1:24-CV-23359-XXXX

Plaintiff:
UNITED INVESTOR COMMUNITY, INC.,
LYADUNNI UDUGBA
OLUNGBENGA BERNARD ADESUYI
(Individually and on behalf of all others
similarly situated).

Defendant:
OMEGAPRO FOREX TRADING, LTD, GO-GLOBAL, LTD, HIS HIGHNESS SHEIKH HAMDAN JURY TRIAL
DEMANDED ,BIN MOHAMMED BIN RASHID,AL MAKTOUM (CROWN PRINCE,OF DUBAI),UNITED ARAB
EMIRATE,CITY OF DUBAI, BROKER GROUP, LTD, PULSE WORLD, SZAKACS ANDREAS ATTILA, NEVZAT
DIKMEN, RIITTA DIKMEN
DILAWARJIT SINGH, NADER POORDELJOO
PAULO TUYNMAN, JUAN CARLOS REYNOSO SR., MICHAEL SHANNON SIMS
OMEGA WORLD, LTD, NEPTUNE TRADE, LTD, OMP MONEY, LTD, OMP EXCHANGE
MELDI CHERIF, MICHAEL LETYNSKI, ROBERT VELGHE, AT AL.,

Received: 9/10/2024   Served: 12/5/2024 8:15 pm  INDIVIDUAL/PERSONAL
To be served on: MICHAEL SHANNON SIMS

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---:|---:|---:|
| Service Fee (Statewide) | 1.00 | 195.00 | 195.00 |
| "Copy Charge" | 208.00 | 0.25 | 52.00 |
| Additional Addresses | 1.00 | 75.00 | 75.00 |
| Skip Trace | 1.00 | 175.00 | 175.00 |
| **TOTAL CHARGED:** | | | **$497.00** |

**BALANCE DUE:** $497.00

PAYMENT DUE UPON RECEIPT
PLEASE ENCLOSE A COPY OF THIS INVOICE WITH YOUR PAYMENT.
PLEASE ADD A 4% CONVENIENCE FEE TO TOTAL OF INVOICE FOR ALL CREDIT CARD PAYMENTS.

## RETURN OF SERVICE
UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:24-CV-23359-XXXX

Plaintiff: **UNITED INVESTOR COMMUNITY, INC.,
LYADUNNI UDUGBA
OLUNGBENGA BERNARD ADESUYI
(Individually and on behalf of all others
similarly situated).**
vs.
Defendant: **OMEGAPRO FOREX TRADING, LTD, GO-GLOBAL, LTD, HIS HIGHNESS SHEIKH HAMDAN JURY TRIAL DEMANDED ,BIN MOHAMMED BIN RASHID,AL MAKTOUM (CROWN PRINCE,OF DUBAI),UNITED ARAB EMIRATE,CITY OF DUBAI, BROKER GROUP, LTD, PULSE WORLD, SZAKACS ANDREAS ATTILA, NEVZAT DIKMEN, RIITTA DIKMEN
DILAWARJIT SINGH, NADER POORDELJOO
PAULO TUYNMAN, JUAN CARLOS REYNOSO SR., MICHAEL SHANNON SIMS
OMEGA WORLD, LTD, NEPTUNE TRADE, LTD, OMP MONEY, LTD, OMP EXCHANGE
MELDI CHERIF, MICHAEL LETYNSKI, ROBERT VELGHE, AT AL.,**

For:
MORRIS LEGAL LLC
2800 BISCAYNE BLVD.
SUITE 530
MIAMI, FL 33130

Received by Lightning Legal Couriers on the 10th day of September, 2024 at 4:28 pm to be served on **MICHAEL SHANNON SIMS, 4055 HEATHERWOOD WAY, ROSWELL, GA 30075**

I, KENNY GALLEGO, do hereby affirm that on the **5th day of December, 2024** at **8:15 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS AND CLASS ACTION COMPLAINT FORFRAUD, RACKETEERING, CIVIL CONSPIRACY, BREACH OF CONTRACT, AIDING AND ABETTING FRAUD.** with the date and hour of service endorsed thereon by me, to: **MICHAEL SHANNON SIMS** at the address of: **17475 COLLINS AVENUE, UNIT 1001, SUNNY ISLES BEACH, FL 33160**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
12/5/2024  8:20 pm  Defendant first got in elevator at the same time I entered elevator.. when he asked what floor I responded 10 he then immediately got off the elevator before it closed and went up. When I got to the 10th floor I realized there is only one unit per floor which is where he was going to go. I looked for defendant and found picture of him which was the person who got off the elevator. I went and looked around and found him outside the building in the patio. I am informed him I was a process server with a summons and he replied "who are you looking for?" I told him Michael Shannon Sims.. he replied "well thats not me, you have to find him" I informed him that I had a picture and that I knew he was the defendant. He refused to take documents in hand. I read contents aloud and left them on stand next to where we were standing.