AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the Southern District of Florida – Miami Division

_____ District of _____

| | |
|---|---|
| UNITED INVESTOR COMMUNITY INC.<br>LYADUNNI UDUGBA<br>OLUNGBENGA BERNARD ADESUYI<br>(Individually and on behalf of all others Similarly situated<br><br>*Plaintiff(s)*<br>v.<br><br>OMEGAPRO FOREX TRADING, LTD et Al<br>*Defendant(s)* | Civil Action No. 1:24-cv-23359-KMW |

_____

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address):*   Barbu, Bogdan
40 D Almas Tower, Office 40 D
Jumeirah Lakes Towers
Dubai, United Arab Emirates, JLT

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**J. Wil Morris**
**Morris Legal LLC**
**2800 Biscayne Blvd., Ste 530**
**Miami, FL 33137**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*