AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the Southern District of Florida – Miami Division

_____ District of _____

| | |
|---|---|
| UNITED INVESTOR COMMUNITY INC.<br>LYADUNNI UDUGBA<br>OLUNGBENGA BERNARD ADESUYI<br>(Individually and on behalf of all others Similarly situated<br><br>*Plaintiff(s)*<br>v.<br><br>OMEGAPRO FOREX TRADING, LTD<br>et Al<br>*Defendant(s)* | Civil Action No. 1:24-cv-23359-KMW |

_____

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*:   Rashid, Bin. Mohammed Bin
40 D Almas Tower, Office 40 D
Jumeirah Lakes Towers
Dubai, Arab Emirates, JLT

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Wil Morris
Morris Legal LLC
2800 Biscayne Blvd., Ste 530
Miami, FL 33137

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jan 13, 2025

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ C.Quinones
Deputy Clerk
U.S. District Courts