IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

_____
UNITED INVESTOR COMMUNITY, INC.,
LYADUNNI UDUGBA
OLUNGBENGA BERNARD ADESUYI
(Individually and on behalf of all others
similarly situated).                                    Civil Case No.: 1-24-cv-23359 -KWW

                Plaintiffs,

-against-

OMEGAPRO FOREX TRADING
et al., b
                Defendants.
_____/

## PLAINTIFF'S MOTION AND MEMPORANDUM OF LAW IN SUPPORT OF LEAVE TO FILE AMENDED COMPLAINT

Plaintiff through undersigned counsel hereby moves this Court for leave to file the attached Amended Complaint pursuant to the Federal Rule of Civil Procedure 15 and Local Rule 7.1. For the reasons set forth in the accompanying Memorandum, Plaintiff respectfully request that this Court grant it leave to file the Amended Complaint because it will clarify the dispute between the parties, remove unnecessary Defendants and will not cause prejudice to any of the defendants.

1. On January 22, 2025, this court entered a paperless Order (ECF #122) directing Plaintiff to serve a copy of Plaintiff's Proposed Amended complaint on Defendants' counsels on or before February 5, 2025, and to file a motion for leave to amend if it appears that Defendants have an objection.

2. On February 5, 2025, Plaintiff's counsel pursuant to the court's directive served a copy of the proposed Amended Complaint on Counsels for appearing Defendants. As of February 13, 2025, Plaintiff's counsel has not heard from the appearing Defendants. As such, and pursuant

to the Court's order, Plaintiff is now filing this Motion seeking leave to file the proposed Amended complaint, attached herein as Exhibit A).

## MEMORANDUM OF LAW

## ARGUMENT

### I. Leave to Amend Should be Freely Granted

The Efficient Administration of Justice Requires That Plaintiffs be Given Leave to File an Amended Complaint. Federal Rule of Civil Procedure 15(a) requires that leave to file an amended complaint be "freely given when justice so requires." The decision whether to grant leave to amend is committed to the sound discretion of the trial court. *Best Canvas Products & Supplies, Inc. v. Ploof Truck Lines, Inc.,* 713 F.2d 618 (11th Cir.1983). However, " '[discretion' may be a misleading term, for rule 15(a) severely restricts the judge's freedom, directing that leave to amend 'shall be freely given when justice so requires.' " *Dussouy v. Gulf Coast Investment Corp.,* 660 F.2d 594, 597 (5th Cir.1981). This policy of Rule 15(a) in liberally permitting amendments to facilitate determination of claims on the merits circumscribes the exercise of the trial court's discretion; thus, "[u]nless there is a substantial reason to deny leave to amend, the discretion of the district court is not broad enough to permit denial." *Id.* at 598. *Espey v. Wainwright*, 734 F.2d 748, 759 (11th Cir. 1994). Unless there is undue delay, bad faith, futility, a dilatory motive or prejudice to the opposing party, "the leave sought should, as the rules require, be 'freely given.'" *Allapattah Services, Inc. v. Exxon Corp., 61 F.Supp.2d 1326, 1333 (S.D.Fla. 1999)* (internal citations omitted).

This standard is readily met here, as the more detailed description of the dispute at issue in the Amended Complaint narrows the scope of the issues presented in this litigation and will prevent the Court's time from being wasted at trial, in addition, the Amended Complaint narrow the number of defendants by removing unnecessary defendants and added only the necessary defendants. Further, the complaint clarifies the names and titles of certain sovereign defendants

who participated or aided and abetted the Ponzi Scheme by lending their credibility and power to the Ponzi schemers for a fee.

### II.  Defendants Will Not Suffer Substantial Prejudice, and There Is No Other Reason Plaintiffs Should Not Be Given Leave to Amend

The U.S. Supreme Court determined that "[i]n the absence of . . . undue delay, bad faith or dilatory motive . . . undue prejudice . . . futility of amendment, etc.--the leave sought should . . . be 'freely given.' " *Foman v. Davis*, 371 U.S. 178, 182 (1962). The Eleventh Circuit applies a balancing test of these factors, which turns on *substantial prejudice* to the opposing party. *See, Best Canvas Products & Supplies, Inc. v. Ploof Truck Lines, Inc.,* 713 F.2d 618 (11th Cir.1983); *Espey v. Wainwright*, 734 F.2d 748, 759 (11th Cir. 1994).  No such prejudice exists here. The facts described in the Amended Complaint are well-known to Defendants, because they participated in the Ponzi Scheme by using social media to promote the same, and the videos, pictures and other evidence of their participation exist, and they know it.  In addition, the Amended Complaint removed certain defendants that were unnecessary and added only the defendants that were necessary. Instead of 68 defendants, the Amended Complaint featured only 44 necessary defendants, most of them are serial promoters of Ponzi Schemes having participated in several Ponzi Schemes in the last ten years.  Furthermore, only two defendants have appeared by counsel thus far, most of the defendants some of them have been served and have not appeared, and the others have yet to be served and will be served within the time allowed by this court.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court GRANT the attached proposed Order granting leave to Plaintiff to file the attached proposed Complaint (Exhibits A) and deem the same filed as of the date of the Court's Order, and for such other relief as this Court deems necessary and just.

Dated this 13th Day of February 2025

                                              Respectfully Submitted,

                                              MORRIS LEGAL, PLLC

                                              By: /x/ Jolyon Wil Morris
                                              Jolyon Wil Morris, Esquire
                                              2800 Biscayne Boulevard
                                              Suite 530
                                              Miami, Florida 33137
                                              Tel: 305-775-7686
                                              Email: Wilm@Morrislegalfla.com

## CERTIFICATE OF SERVICE

This certifies that I caused a true and correct copy of Plaintiff's Motion for Leave to File Amended Complaint and the accompanying Memorandum in Support of Plaintiffs' Motion for Leave to File Amended Complaint to be served on February 13, 2025, by ECF.

Dated this 13th day of February 2025

/x/ Jolyon Wil Morris