**Foreign Defendants** – Those identified on *Exhibit A* by alternative method of service described herein subject to the Hague Convention on process of service

### TURKEY
1. Andreas Szakacs a/k/a Andreas Attila Szakacs
2. Robert Velghe

### DUBAI
3. United Arab Emirates
4. City of Dubai
5. One Coin Limited (a/k/a One Network Services Ltd, OneEcosystem, OneLife, DealShaker, One Coin Ltd (Bulgaria), OneWorld Network FZE
6. Nader Poordeljoo
7. Sheikh Mohammed Bin Maktoum Bin Juma Al Maktoum
8. Sheikh Saoud Faisal Sultan Al Qassimi
9. Nevzat Dikmen
10. Riitta Dikmen
11. Mohamed Meldi Cherif
12. Dilawarjit Singh

### UNITED KINGDOM
13. Omegapro Forex Trading, LTD
14. Gulf Capital, LTD
15. Gary Guilford
16. Duncan Malcolm Arthur

### SINGAPORE
17. Go-Global, LTD

### ST. LUCIA
18. Ares GlObal, LTD d/b/d Trueblue FX

### NIGERIA
19. Daniel Onojo

### CANADA
20. Mahoussi Rodrigue Sodansou
21. Frederick "Ted" Safranko aka Teddy Joseph Safranko

**MEXICO**

   22. Traders Domain Forex, LTD

**MALTA**

   23. Omnia Global Malta Limited

**BRITISH VIRGIN ISLANDS**

   24. Omega World LTD

**WALES**

   25. Christopher Hamilton

**LONDON**

   26. Viola Money (EUROPE) Limited