**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 24-23359-CV-WILLIAMS**

UNITED INVESTOR COMMUNITY, INC.,
*et al.*,

    Plaintiffs,

v.

OMEGAPRO FOREX TRADING LTD, *et al.*,

    Defendants.

_____/

**ORDER**

    **THIS MATTER** is before the Court on Plaintiffs' Motion for Leave to File Amended Complaint (DE 126) ("***Motion to Amend***"). In the Motion to Amend, Plaintiffs seek to file the Amended Complaint to "clarify the dispute between the parties [and] remove unnecessary Defendants." (DE 126 at 1.) Pursuant to Federal Rule of Civil Procedure 15(a)(2), "a party may amend its pleading only with the opposing party's written consent or the court's leave." Courts should freely give leave when justice so requires. Fed. R. Civ. P. 15(a)(2). Nonetheless, "a motion to amend may be denied on numerous grounds such as undue delay, undue prejudice to the defendants, and futility of the amendment." *Maynard v. Bd. of Regents of Div. of Universities of Fla. Dep't of Educ. ex rel. Univ. of S. Fla.*, 342 F.3d 1281, 1287 (11th Cir. 2003) (citing *Brewer-Giorgio v. Produces Video, Inc.*, 216 F.3d 1281, 1284 (11th Cir. 2000)) (cleaned up).

    Here, the Court instructed Plaintiffs to prepare an Amended Complaint to resolve issues with improperly included parties. Defendants that have appeared have taken no position on the Amended Complaint by failing to respond to Plaintiffs' counsel's communications.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Motion for Leave to File Amended Complaint (DE 126) is **GRANTED**. Plaintiffs shall file the Amended Complaint as a separate docket entry immediately.

2. Plaintiffs' duplicative Motion for Leave to File Amended Complaint (DE 125) is **DENIED AS MOOT**.

3. As set forth in the Court's January 22, 2025 (DE 122), the Parties shall have **two business days** from the filing of the Amended Complaint to jointly file a proposal regarding the outstanding motions to dismiss informing the Court of whether Defendants would prefer to brief new motions or if supplemental responses to the already-filed motions will suffice.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this 4th day of March, 2025.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE