IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA - MIAMI DIVISION
CASE NO.: 1:24-cv-23359 - KMW

UNITED STATES INVESTOR
COMMUNITY INC., et al.,

                 Plaintiffs,

-Against-

OMEGAPRO FOREX LTD et al.,

                 Defendants.

**PLAINTIFFS RESPONSE TO COURT'S ORDER OF JANUARY 22, 2025 DIRECTING THEM TO FILE AN UPDATED LIST OF FOREIGN OF FOREIGN DEFENDANTS AND THE STATE OF SERVICE AS TO EACH DEFENDANT.**

Plaintiffs respectfully submit this response pursuant to the Court's Order dated January 22, 2025, which directs them to file, on or before March 4, 2025, an updated list of foreign defendants along with the status of service for each.[1]

**A. Foreign Defendants Residing in Hague Convention Signatory Countries**

The following fifteen defendants reside in countries that are signatories to the Hague Convention and have not yet been served. Plaintiffs' counsel has initiated service through the formal and rigorous procedures required under the Hague Convention:

    1.    Andreas Szakacs a/k/a Andreas Attila Szakacs (residing in Turkey),

    2.    Robert Velghe (residing in Turkey),

---

[1] As previously stated in prior submissions, due to the highly publicized nature of this lawsuit and the vast number of victims affected by this global Ponzi scheme, many Defendants have gone into hiding to evade service and law enforcement actions from multiple countries.

1

3. Omegapro Forex Trading, LTD (located in United Kingdom),
4. Gulf Capital, LTD (located in United Kingdom),
5. Gary Guilford (residing in United Kingdom),
6. Duncan Malcolm Arthur (residing in United Kingdom),
7. Viola Money EUROPE Limited (located in United Kingdom),
8. Go-Global, LTD (located in Singapore),
9. Ares GlObal, LTD d/b/d Trueblue FX (located in Saint Lucia),
10. Mahoussi Rodrigue Sodansou (residing in Canada),
11. Frederick "Ted" Safranko aka Teddy Joseph Safranko (residing in Canada),
12. Traders Domain Forex, LTD (located in Mexico),
13. Omnia Global Malta Limited (residing in Malta),
14. Omega World LTD (residing in British Virgin Islands),
15. Christopher Hamilton (Residing in Wales)

**B. Foreign Defendants Residing in Non-Hague Convention Signatory Countries**

The following eleven defendants reside in countries that are not signatories to the Hague Convention and have not yet been served. Plaintiffs' counsel filed a motion with the Court seeking permission to serve these defendants via alternative means, [ECF #139], however, on March 4, 2025, the Court struck the motion without prejudice to renew no later than March 14, 2025. [ECF # 141]. Plaintiffs will file a new motion for alternative service of the fifteen Foreign Defendants, identified below, who reside in non-Hague Convention signatory countries, on or before March 14, 2025, in conformance with the Local Rules 7.1 and the directives identified in the Court's March 4, 2025 Order.

1. United Arab Emirates (located in Dubai),
2. City of Dubai (located in Dubai),
3. One Coin Limited (located in Dubai),
   - a/k/a One Network Services Ltd,

- a/k/a OneEcosystem,
- a/k/a OneLife,
- a/k/a DealShaker, One Coin Ltd, (Bulgaria),
- a/k/a OneWorld Network FZE,)

4. Nader Poordeljoo (residing in Dubai),

5. Sheikh Mohammed Bin Maktoum Bin Juma Al Maktoum (residing in Dubai),

6. Sheikh Saoud Faisal Sultan Al Qassimi (residing in Dubai),

7. Nevzat Dikmen (residing in Dubai),

8. Riitta Dikmen (residing in Dubai),

9. Mohamed Meldi Cherif (residing in Dubai),

10. Dilawarjit Singh (residing in Dubai),

11. Daniel Onojo (residing in Nigeria)

**C. Potential Foreign Defendant Whose Residency is Currently Unknow**

The following defendant is believed to be a foreign defendant, however, despite repeated efforts to track down this defendant's whereabouts, Plaintiffs' counsel and investigators have been unable to track down the current country of residency.

1. TIN QUOC TRAN (residency country presently unknown),

Dated: March 4, 2025

Respectfully Submitted,

/s/ J. Wil Morris
J. Wil Morris, Esquire Attorney for Plaintiff
2800 Biscayne Blvd, Suite 530
Miami, Florida 33137
Telephone: 305-444-3437
Fax: 305-444-3457
Email: wilm@morrislegalfla.com
Florida Bar No.: 069493

3

**CERTICIFCATE OF SERVICE**

I, Wil Morris, hereby certified that the foregoing Motion in opposition has been served to all the attorneys for the several Defendants who have appeared in this case via ECF on March 4, 2025.

/s/ J. Wil Morris