# RETURN OF SERVICE

**State of Florida**                                                                                         **County of Southern**

Case Number: 1:24-CV-23359-XXXX

Plaintiff:
**UNITED INVESTOR COMMUNITY INC. LYADUNNI UDUGBA OLUNGBENGA BERNARD ADESUYI (INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**

vs.

Defendant:
**OMEGAPRO FOREX TRADING, LTD ET AI**

For:
MORRIS LEGAL LLC
2800 BISCAYNE BLVD.
SUITE 530
MIAMI, FL 33130

Received by Lightning Legal Couriers on the 24th day of April, 2025 at 5:14 pm to be served on **JOHN C. MAXWELL, 12048 SE INTERCOASTAL TER, JUPITER, FL 33469**.

I, DAWN HERNDON, do hereby affirm that on the **26th day of April, 2025 at 7:43 am, I:**

**SUBSTITUTE - RESIDENTIAL** served by delivering a true copy of the **SUMMONS AND FIRST AMENDED CLASS ACTIONCOMPLAINT FOR FRAUD RACKETEERING,CIVIL CONSPIRACY, BREACH OF CONTRACT, AIDING AND ABETTING FRAUD.** with the date and hour of service endorsed thereon by me, to: **MARGARET MAXWELL** as **CO-RESIDENT** at the address of: **12048 SE INTERCOASTAL TER, JUPITER, FL 33469**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, pursuant to F.S. 48.031(1)(a).

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

*Dawn Herndon*

**DAWN HERNDON**
Palm Beach County, CPS#3109

**Lightning Legal Couriers**
**9280 SW 64 Street**
**Miami, FL 33173**
**(786) 286-4167**

Our Job Serial Number: LTN-2025003850

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b