UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED INVESTOR COMMUNITY, INC.,
LYADUNNI UDUGBA
OLUNGBENGA BERNARD ADESUYI
(Individually and on behalf of all others
similarly situated).

Plaintiffs,                                              Case No.: 1:24-CV-23359-KMW

v.

OMEGAPRO FOREX TRADING LTD, *et al*

Defendants.
_____/

## DEFENDANT JOHN C. MAXWELL'S JOINDER TO DEFENDANTS' JOINT MOTION TO DISMISS FIRST AMENDED COMPLAINT [ECF No. 181]

Defendant John C. Maxwell ("***Mr. Maxwell***") hereby joins in the arguments and reasons set forth in the *Joint Motion To Dismiss First Amended Complaint With Prejudice On Behalf Of Specially Appearing Defendants Eric Worre And Marina Worre, Defendant Juan Carlos Reynoso Sr., Defendant Francisco Story, And Defendant Jordan Ross Belfort With Memorandum Of Law* [ECF No. 181] ("***Joint Motion***") and includes the arguments and reasons set forth therein as if fully set forth herein in support of dismissal of the Complaint (defined herein) and all claims against Mr. Maxwell. In addition, Mr. Maxwell states as follows:

1.  Plaintiffs United Investor Community, Inc., Lyadunni Udugba, and Olungbenga Bernard Adesuyi ("***Plaintiffs***") filed their *First Amended Complaint* [ECF No. 143] on March 5, 2025 ("***Complaint***").

2.  Mr. Maxwell was served with the Complaint on April 24, 2025. *See* ECF No. 196.

3. Before Mr. Maxwell was served, on March 7, 2025, the Court entered an order requiring the Specially Appearing Defendants Eric Worre and Marina Worre, Defendant Francisco Story, Defendant Jordan Belfort, and Defendant Juan Carlos Reynoso Sr., "to file a joint motion to dismiss unless there are clear conflicts of position." ECF No. 147.

4. To comply with the Court's instruction, and given the overlapping arguments Mr. Maxwell would make by his own motion to dismiss, Mr. Maxwell is joining in the Joint Motion.

5. For example, just like Specially Appearing Defendant Marina Worre ("**Ms. Worre**"), Mr. Maxwell is referred to in the Complaint *only once*:

> Defendant JOHN C MAXWELL, ("JCM") is an American citizen, residing in the State of Georgia. At all times relevant, Defendant was OMEGAPRO ambassador and representative in Georgia. As an ordained Minister JCM used his influence to recruit thousands of people to invest in OMEGAPRO Ponzi Scheme.

Complaint, ¶ 64.

6. Despite only being referenced one time, Mr. Maxwell is included with all defendants in Count 1 through 24 of the Complaint.

7. In addition to the general joinder set forth above, Mr. Maxwell specifically joins in the arguments and reasons set forth in the Joint Motion regarding dismissal against Ms. Worre, against whom the Plaintiffs similarly made a single allegation.

8. As stated in the Joint Motion (replacing Mr. Maxwell for the similarly situated Ms. Worre), "This singular reference utterly fails to state a claim against [Mr. Maxwell] under RICO and Rule 9(b). Moreover, even under a lower pleading standard (for state law non-fraud-based claims), this singular reference to [Mr. Maxwell] fails to state a claim upon which relief can be granted." Joint Motion, p. 2.

9. Frankly, it is remarkable that the Plaintiffs believe that they can drag Mr. Maxwell (and Ms. Worre) into a litigation seeking billions of dollars in damages and alleging, *inter alia*,

RICO (under federal and Florida law), breach of contract, unjust enrichment, civil conspiracy, intentional infliction of emotional distress, negligent infliction of emotional distress, punitive damages, fraudulent conveyance, fraud, and violations of Florida business law, based on this threadbare allegation. The Court should not countenance this abusive litigation tactic.

## **CONCLUSION**

WHEREFORE, Mr. Maxwell respectfully requests that this Court enter an order: (i) granting the Joint Motion; (ii) dismissing all claims against Mr. Maxwell; and (iii) granting such other and further relief as the Court deems just and proper.

[Remainder of page intentionally left blank. Next page is signature page.]

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on May 19, 2025, via the Court's Notice of Electronic Filing upon all Registered Users.

Respectfully submitted:

*/s/ Eric W. Ostroff*
Eric W. Ostroff, Esquire
Florida Bar No. 10130
eostroff@melandbudwick.com
MELAND BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

Attorneys for John C. Maxwell