**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA - MIAMI DIVISION**
**CASE NO.: 1:24-cv-23359 - KMW**

_____X

UNITED STATES INVESTOR
COMMUNITY INC., et al.,

Plaintiffs,
-Against-

OMEGAPRO FOREX LTD et al.,

Defendants.
_____X

**PLAINTIFFS' STATUS UPDATE PURSUANT TO COURT'S JULY 24, 2025, DIRECTIVE REGARDING SERVICE ON ALL NAMED DEFENDANTS**

Plaintiffs, by and through undersigned counsel, respectfully submit this Status Update in accordance with Magistrate Judge Ellen F. D'Angelo's verbal directive issued during the July 24, 2025, status conference, in which the Court requested an update on the status of service on defendants listed in Plaintiffs' prior service report filed March 4, 2025 (DE #142). Although this update was initially expected to be filed on July 25, 2025, the undersigned encountered unanticipated delays in obtaining confirmation from foreign diplomatic channels, as well as clarification from certain process service agencies working internationally. The update is thus respectfully submitted as soon as practicable once some of relevant information could be confirmed.

Plaintiffs have undertaken persistent, multi-channel efforts—including formal Hague Convention procedures, diplomatic service via the U.S. Department of State, skip-trace investigations, and repeated personal service attempts—to diligently pursue service of process on

all unserved parties. These actions demonstrate a good-faith commitment to procedural compliance and timely advancement of this case.

### A. FOREIGN DEFENDANTS RESIDING IN HAGUE CONVENTION SIGNATORY COUNTRIES

Service through Hague Convention procedures is actively underway or pending for the following Defendants. Plaintiffs continue to coordinate with designated Central Authorities for each jurisdiction:

- Andreas Szakacs (Turkey) – Incarcerated in Turkey. Service through diplomatic channels initiated.
- Robert Velghe (Turkey) – Incarcerated in Turkey. Diplomatic service in progress.
- Omegapro Forex Trading, LTD; Gulf Capital, LTD; Gary Guilford; Duncan Arthur; Viola Money EUROPE Limited (UK) – Hague service process pending.
- Go-Global, LTD (Singapore) – Hague service process pending.
- Mahoussi Sodansou; Frederick "Ted" Safranko (Canada) – Safranko's listed addresses found to be invalid – engaging in ongoing efforts to locate.
- Traders Domain Forex, LTD (Mexico); Omnia Global Malta Limited (Malta); Omega World LTD (BVI); Christopher Hamilton (Wales) – Hague service process pending.

### B. FOREIGN DEFENDANTS IN NON-HAGUE CONVENTION COUNTRIES

Following the Court's order striking Plaintiffs' Motion for Alternative Service (ECF No. 141), Plaintiffs transitioned to formal diplomatic service through the U.S. Department of State. As of July 24, 2025, diplomatic requests were transmitted for the following defendants:

- Sheikh Mohammed Bin Maktoum Bin Juma Al Maktoum, Sheikh Saoud Faisal Sultan Al Qassimi, and others in Dubai – Service initiated through UAE Ministry of Foreign Affairs via the U.S. Department of State.
- One Coin Limited, Nader Poordeljoo, Nevzat & Riitta Dikmen, Mohamed Meldi Cherif, Dilawarjit Singh – Service process via US State Department pending.
- Ares Global, LTD (Saint Lucia) – Service under local rules pending.
- Daniel Onojo (Nigeria) – Service process via US State Department pending.

### C. DOMESTIC DEFENDANTS

2

Extensive efforts have also been undertaken to locate and serve domestic defendants, including multiple personal attempts, investigative skip-tracing, and third-party verification:

- Steven Seagal – Attempts in CA, NY, and OR were unsuccessful. Investigation suggests currently residing in Russia.
- SAEG Capital Management LP – Service attempts in Utah and California were visited multiple times; all unfruitful as properties were either vacant or not actually affiliated with the entity.
- Juan Herman – More than ten service attempts at three separate Florida addresses failed.
- Eric Thomas – Three attempts at a Michigan address met with refusals and lack of acknowledgment or declining to acknowledge knowledge of this Defendant.

### D. FOREIGN DEFENDANT WITH UNKNOWN RESIDENCY

Despite exhaustive investigative efforts, including database reviews and international agency contacts, Plaintiffs have been unable to verify the country of residence for Defendant Tin Quoc Tran. Efforts are ongoing.

### E. Conclusion

Plaintiffs have taken extensive, jurisdictionally compliant steps to effectuate service on all unserved defendants. Where delays persist, they are due to procedural and jurisdictional challenges rather than any lack of diligence. Plaintiffs remain committed to updating the Court with further developments and respectfully submit this update as a good-faith record of all service efforts to date.

Dated: July 28, 2025

Respectfully Submitted,

/s/ J. Wil Morris
J. Wil Morris, Esquire
Attorney for Plaintiffs
2800 Biscayne Blvd, Suite 530
Miami, Florida 33137
Telephone: 305-444-3437
Email: wilm@morrislegalfla.com
Florida Bar No.: 069493