UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-23359-CIV-WILLIAMS/D'ANGELO

UNITED INVESTOR
COMMUNITY INC., et. al.,

    Plaintiffs,

vs.

OMEGAPRO FOREX
TRADING LTD., et. al.,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME

**THIS CAUSE** is before the Court on Plaintiffs United Investor Community, Inc., Lyadunni Udugba, and Olungbenga Bernard Adesuyi Unopposed Motion for Extension of Time to Respond to Defendant John C. Maxwell's Motion for Sanctions filed on August 21, 2025 (DE 221).[1] Plaintiffs' Motion was filed a day before their response deadline, which does not comply with Judge Williams's individual rules: "**[R]equests for extensions of time must be presented to the Court, by motion, no later than 48 hours prior to the deadline**" (emphasis in original).[2] Notwithstanding Plaintiffs' failure to file a timely request for an extension of time, Defendant Maxwell does not oppose Plaintiffs' Motion. Nevertheless, this is Plaintiffs' last warning. They must adhere to the Court's Order of Referral and Notice of Court Practice and Procedure (DE 29).

---

[1] On August 8, 2025, this case was referred to the undersigned Magistrate Judge for all discovery disputes and non-dispositive pretrial motions (DE 218).

[2] The Honorable Kathleen M. Williams, United States District Judge, *Practices and Procedure for Civil Cases*, at p. 3 (June, 5, 2019), https://www.flsd.uscourts.gov/sites/flsd/files/Judge-Williams-Court-Practices-Procedures-for-Civil-Cases.pdf.

In the future, the Court may not grant non-compliant motions for extensions of time in its discretion. Despite this, having considered this matter and for good cause shown, it is hereby **ORDERED** and **ADJUDGED** that:

The Motion is **GRANTED**. Plaintiffs shall have up to and including September 5, 2025, to file their response to Defendant Maxwell's Motion for Sanctions.

**DONE and ORDERED** in Chambers in Miami, Florida on this 21st day of August, 2025.

*Ellen D'Angelo*
_____
ELLEN F. D'ANGELO
UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record