UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-23359-CV-WILLIAMS

UNITED INVESTOR COMMUNITY INC., *et. al.*,

    Plaintiffs,

v.

OMEGAPRO FOREX TRADING LTD., *et. al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Ellen F. D'Angelo's Report and Recommendation (DE 207) ("***Report***") on Plaintiffs United Investor Community, Inc., Lyadunni Udugba, and Olungbenga Bernard Adesuyi's Motion for Default Judgment against Defendants Algo Capital, LLC, Michael Shannon Sims, Holton Buggs, and Robert D. Collazo, Jr. (DE 123) ("***Motion***"). In the Report, Judge D'Angelo recommends that the Motion be denied.[1] (DE 207 at 1).

Specifically, the Report identifies several issues with Plaintiffs' request for default judgment: Plaintiffs failed to follow the two-step procedure for a default judgment; Plaintiffs have not demonstrated proper service of process on all defaulting defendants; Plaintiffs have not identified a sufficient basis for a default judgment; and Plaintiffs' request for a class-wide default judgment is not legally permissible because class certification is a pre-requisite to class-wide relief. (*Id.* at 5–11).

---

[1] Plaintiffs filed their Motion on January 31, 2025. On February 10, 2025, Defendants Eric Worre and Marina Worre appeared specially and filed their response in Opposition. (DE 124). Plaintiffs did not file a reply. On March 25, 2025, Plaintiffs' Motion was referred to Judge D'Angelo for a Report and Recommendation. (DE 186).

No objections were filed to the Report, and the time to object has passed. Therefore, the Court reviewed the Report for clear error. Upon a careful review of the Report, the Motion, the record, and the applicable law, it is **ORDERED AND ADJUDGED** as follows:

    1.    Judge D'Angelo's Report (DE 207) is **AFFIRMED AND ADOPTED**.

    2.    Plaintiffs' Motion for Default Judgment (DE 123) is **DENIED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>8th</u> day of September, 2025.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE