**IN THE UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF FLORIDA – MIAMI DIVISION**

**CASE NO.: 1-24-cv-23359 -KWW**

UNITED INVESTOR COMMUNITY, INC.,
LYADUNNI UDUGBA
OLUNGBENGA BERNARD ADESUYI
(Individually and on behalf of all others
similarly situated).

Plaintiffs,

-against-

ANDREAS SZAKACS *aka*
ANDREAS ATTILA SZAKACS
UNITED ARAB EMIRATES
CITY OF DUBAI
ONECOIN LIMITED aka ONE NETWORK
SERVICES, LTD aka ONEECOSYSTEM aka
ONELIFE aka DEALSHAKER
NADER POORDELJOO
MICHAEL SHANNON SIMS
OMEGAPRO FOREX TRADING, LTD
GO-GLOBAL, LTD
SHEIKH MOHAMMED BIN MAKTOUM BIN
JUMA AL MAKTOUM
SHEIKH SAOUD FAISAL SULTAN AL QASSIMI
DILAWARJIT SINGH
ARES GLOBAL, LTD *dba* TRUBLUE FX
DANIEL ONOJA
JORDAN ROSS BELFORT
STEVEN SEAGAL
MARINA WORRE
ERIC WORRE
FRANCISCO DAVID STORY
FREDERICK "TED" SAFRANKO *aka*
TEDDY JOSEPH SAFRANKO
ROBERT D. COLLAZO JR.
MAHOUSSI RODRIGUE SODANSOU
OMNIA GLOBAL MALTA LIMITED
GULF CAPITAL, LTD
HOLTON BUGGS
PAULO TUYNMAN
NEVZAT DIKMEN
RIITTA DIKMEN
JUAN CARLOS REYNOSO SR.

OMEGA WORLD, LTD
MOHAMED MEHDI CHERIF
ROBERT VELGHE
ERIC THOMAS
LES BROWN
DARIN KIDD
JOHN C. MAXWELL
CHRISTOPHER HAMILTON
ALGO CAPITAL, LLC
GARY GUILFORD
VIOLA MONEY (EUROPE) LIMITED
MARCUS TODD BRISCO
JUAN HERMAN
SAEG CAPITAL MANAGEMENT, LLC
TRADERS DOMAIN FOREX, LTD
YAS CASTELLUM FINANCIAL, LLC
YAS CASTELLUM, LLC
DUNCAN MALCOLM ARTHUR
TIN QUOC TRAN
JOHN DOE 1 TO 1,000

      Defendants.

_____/

## PLAINTIFFS' NOTICE OF ENTRY OF PARTIES LISTED INTO CM/ECF

**NOW COME** Plaintiffs, UNITED INVESTOR COMMUNITY, INC., ("UIC") on behalf of its members, and on behalf of all other persons similarly situated, by and through their attorneys Morris Legal, LLC, gives Notice of Entry of Parties Listed into CM/ECF. Plaintiffs have filed their Second Amended Class Action Complaint [ECF DE 240] which has added, removed and corrected list of defendants. Notice of Entry of Parties is as follows:

1. A.K. KHALIL - ADDED

2. LES BROWN - ADDED

3. DARIN KIDD – ADDED

4. ROBERT D. COLLOZO, JR - ADDED

5. ALI KHALIL- REMOVED

6. BOGDAN S BARBU - REMOVED

7. BROKER GROUP LTD - REMOVED

8. JULIAN CRUZ - REMOVED

9. JOHN BELFORT - REMOVED

10. JORGE SALCEDO - REMOVED

11. JULIO CESAR CRUZ - REMOVED

12. KONSTANTIN IGNATOV - REMOVED

13. LAURENT LOUIS - REMOVED

14. MEHDI CHERIF - REMOVED

15. MICHAEL LETYNSKI - REMOVED

16. NEPTUNE TRADE LTD - REMOVED

17. NICK LEMAY- REMOVED

18. OMNIA TECH- REMOVED

19. OMP EXCHANGE - REMOVED

20. OMP MONEY LTD - REMOVED

21. ONECOIN - REMOVED

22. PULSE WORLD - REMOVED

23. ROBERT D. COLLOZO – REMOVED

24. ROBERT COLLOZO JR - REMOVED

25. RODRIGUES SODANSOO - REMOVED

26. RUJA IGNATOVA – REMOVED

27. SHEIK HAMDAN BIN MOHAMMED BIN RASHID AL MAKTOUM - REMOVED

28. STEPHANIE PLANTE - REMOVED

29. ZXN INVESTMENT HOLDING – REMOVED

30. ANDREAS SZAKACS aka ANDREAS ATTILA SZAKACS – CORRECTION OF ALIAS SPELLING

Respectfully Submitted,

By: /s/ J.Wil Morris,
J. Wil Morris
Fla. Bar No.:  069493
MORRIS LEGAL, LLC
2800 Biscayne Blvd., Suite 530
Miami, Florida 33137
Email: wilm@morrislegalfla.com
Telephone: 305-444-3437
Facsimile:305-444-3457
Lead Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I, J. Wil Morris, hereby certify that the foregoing Notice of Filing have been served to all the attorneys for the several defendants who have appeared in this case via ECF on September 18, 2025.

/s/ J.Wil Morris