**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:24-cv-23359-EA**

**United Investor Community Inc., et al.,**

Plaintiffs,

v.

**OMEGAPRO Forex Trading LTD, et al.,**

Defendants.
______________________________________/

# ORDER

This cause comes before the Court on Magistrate Judge Ellen F. D'Angelo's Report and Recommendation (the "Report") [ECF No. 282] on the defendants' Joint Motion to Dismiss with Prejudice the Second Amended Complaint (the "Motion to Dismiss") [ECF No. 250]. Being fully advised, it is **ORDERED AND ADJUDGED** that,

1. The Report **[ECF No. 282]** is **AFFIRMED.**
2. The Motion to Dismiss **[ECF No. 250]** is **GRANTED.**
3. The Second Amended Complaint **[ECF No. 240]** is **DISMISSED WITHOUT PREJUDICE**, with leave to amend.
4. The plaintiffs may file an amended complaint within 14 days of the date of this order.

**DONE AND ORDERED** in chambers in West Palm Beach, Florida, this 1st day of September 2026.

**ED ARTAU**
**UNITED STATES DISTRICT JUDGE**

Copies Served:

**Jolyon Wilson Morris**
Morris Legal, LLC
2800 Biscayne Boulevard
Ste 530
Fl
Miami, FL 33137
305-444-3437
Fax: 305-444-3457
Email: wilm@morrislegalfla.com

**George Stuart Savage**
The Savage Law Group, P.A.
2030 South Douglas Road
Suite 214
Coral Gables, FL 33134
305-577-0000
Email: gss@savagelaw.net

**Marlow Jude Marimon**
The Savage Law Group, P.A.
2030 S Douglas Rd Ste 214
Coral Gables, FL 33134
305-577-0000
Email: mmarimon@savagelaw.net

**Eric W. Ostroff**
Meland Budwick, P.A.
200 South Biscayne Boulevard
Ste 3200
Miami, FL 33131
305-358-6363
Fax: 305-358-1221
Email: eostroff@melandbudwick.com

**Utibe Inyang Ikpe**
Meland Budwick, P.A
3200 Southeast Financial Center
200 South Biscayne Blvd.
Miami, FL 33131
305-358-6363
Fax: 305-358-1221
Email: uikpe@melandbudwick.com

**Richard A. Schonfeld**
Chesnoff & Schonfeld
520 S. 4th Street
Las Vegas, NV 89101
702-384-5563
Email: rschonfeld@cslawoffice.net

**Robert Z DeMarco**
Chesnoff and Schonfeld
520 S. 4th St.
Las Vegas, NV 89101
(702) 384-5563
Fax: (702) 598-1425
Email: rdemarco@cslawoffice.net

**Ellyn S. Garofalo**
Liner Freedman Taitelman + Cooley, LLP
1801 Century Park West, 5th Flo
Los Angeles, CA 90067
(310) 201-0005
Email: egarofalo@ftllp.com

**Lee Stapleton**
Carlton Fields
700 N.W. 1 Avenue
Ste 1200
Miami, FL 33136
305-530-0050
Fax: 305-530-0055
Email: lstapleton@carltonfields.com

**Jacob Stephen Taylor**
Clyde Snow & Sessions
201 South Main Street
Ste 2200
Salt Lake City, UT 84111
801-322-2516
Fax: 801-521-6280
Email: jst@clydesnow.com

**Keith M. Woodwell**
Clyde Snow & Sessions
201 S. Main Street, Suite 2200
Salt Lake City, UT 84111
(801) 322-2516
Email: KMW@clydesnow.com

**Nickolas C. Sessions**
Clyde Snow & Sessions
201 S. Main Street, Suite 2200
Salt Lake City, UT 84111
(801) 322-2516
Email: NCS@clydesnow.com